**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7611**

———————————

MICHAEL BARNEY DUNHAM,

                Petitioner - Appellant,

      v.

JOSEPH MCFADDEN,

                Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.
(0:14-cv-03067-JMC)

———————————

Submitted:  March 23, 2016         Decided:  April 6, 2016

———————————

Before KING and WYNN, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Joshua Snow Kendrick, KENDRICK & LEONARD, P.C., Greenville, South
Carolina, for Appellant.  Donald John Zelenka, Senior Assistant
Attorney General, James Anthony Mabry, Assistant Attorney General,
Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Barney Dunham seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Dunham has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED